# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| JEREMIAS ZABALA-GONZALES, | ) | No. ED CV 14-232-DOC (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| DAVID B. LONG, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: June 8, 2015

/s/ David O. Carter
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE